IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-313-RJC-DCK

| | |
|---|---|
| JOHN J. STOUT, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FIFTH THIRD BANK, N.A., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Kathleen K. Lucchesi, concerning Jamie M. Goetz-Anderson, on July 29, 2022. Jamie M. Goetz-Anderson seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Jamie M. Goetz-Anderson is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 1, 2022

David C. Keesler
United States Magistrate Judge