# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-313-RJC-DCK

| | |
|---|---|
| **JOHN J. STOUT,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| **FIFTH THIRD BANK, N.A.,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 14) notifying the Court that the parties reached a settlement on April 21, 2023. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 24, 2023**.

**SO ORDERED**.

Signed: April 25, 2023

David C. Keesler
United States Magistrate Judge